# CERTIFICATION PURSUANT
# TO FEDERAL SECURITIES LAWS

1.      I, Joseph Zappia, make this declaration pursuant to 15 U.S.C. § 78u-4(a)(2)(A) of the Securities Exchange Act of 1934 ("Exchange Act") as amended by the Private Securities Litigation Reform Act of 1995.

2.      I have reviewed a Complaint against Fiesta Restaurant Group, Inc. ("FRGI") and other defendants and authorize the filing of a comparable complaint on my behalf.

3.      I did not purchase or acquire FRGI securities at the direction of plaintiffs' counsel or in order to participate in any private action arising under the Exchange Act.

4.      I am willing to serve as a representative party on behalf of a Class of investors who purchased or otherwise acquired FRGI securities during the Class Period specified in the Complaint, including providing testimony at deposition and trial, if necessary.

5.      The attached sheet lists all of my transactions in FRGI securities during the Class Period specified in the Complaint.

6.      During the three-year period preceding the date on which this Certification is signed, I have not served or sought to serve as a representative party on behalf of a class in an action under the Exchange Act.

7.      I agree not to accept any payment for serving as a representative party on behalf of the class as set forth in the Complaint, beyond my pro rata share of any recovery, except such reasonable costs and expenses directly relating to the representation of the class as ordered or approved by the Court.

8. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

**Executed** ___9/27/2023_____
           **(Date)**

_____
*Joe Zappia*
CAAA350B64614D9...
**(Signature)**

Joseph Zappia
**(Type or Print Name)**

## SUMMARY OF PURCHASES

| DATE | PURCHASE OR SALE | NUMBER OF SHARES | PRICE PER SHARE |
|---|---|---|---|
| 04/12/19 | Purchase | 24 | $12.67 |